## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Andra Sampson, | ) | |
|     Plaintiff, | ) | Case No. 14 C 5431 |
| | ) | |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Nedra R. Chandler, et al., | ) | |
|     Defendants. | ) | |

## ORDER

On April 2, 2015, the Court ordered Plaintiff to show cause within 14 days of this order why the matter should not be dismissed with prejudice for failure to prosecute his case. Plaintiff was warned that his failure to show cause in writing within 14 days would result in this Court recommending that the matter be dismissed with prejudice for failure to prosecute. Plaintiff has not responded to the Court's order. Accordingly, this Court respectfully recommends to the District Judge that this matter be dismissed for want of prosecution. Specific written objections to this report and recommendation are due by May 5, 2015. Fed. R. Civ. P. 72. Failure to file objections with the district court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this court in the report and recommendation. *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

**Dated:** April 21, 2015      By: _____
                                                      Iain D. Johnston
                                                      United States Magistrate Judge