# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Andra Sampson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 C 5431 |
| | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | |
| Nedra R. Chandler, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

    On April 21, 2015, a Report and Recommendation [24] was filed by Magistrate Judge Iain Johnston, recommending that the matter be dismissed with prejudice for Plaintiff's failure to prosecute the case. Plaintiff was given until May 5, 2015, to file any objection; none has been filed. Accordingly, this Court adopts the Report and Recommendation [28] in its entirety. This matter is dismissed with prejudice for want of prosecution. This matter is closed.

**Dated:** May 26, 2015